UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSUE BERNAL RODRIGUEZ,<br><br>　　　　Defendant. | Case No. 3:21-cr-00002-LRH-CLB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for JOSUE BERNAL RODRIGUEZ and CHRISTOPHER CHIOU, Acting United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for March 15, 2022, at 1:30 PM, be vacated and continued to March 29, 2022, at 1:30 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Rodriguez.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Rodriguez is on bond and agrees to the continuance. Specifically, Mr. Rodriguez was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 7th day of February, 2022.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Lauren D. Gorman  
　LAUREN D. GORMAN  
　Assistant Federal Public Defender  
　Counsel for JOSUE RODRIGUEZ

CHRISTOPHER CHIOU  
Acting United States Attorney

By /s Megan Rachow  
　MEGAN RACHOW  
　Assistant United States Attorney  
　Counsel for the Government

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for March 15, 2022, at 1:30 PM, be vacated and continued to **March 29, 2022, at 1:30 PM.**

DATED this 10th day of February, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE